# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,  
          Plaintiff(s),

CASE NUMBER: 06-20109

HONORABLE PAUL D. BORMAN

v.

AARON LEON MITCHELL,

          Defendant(s).
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the court is a motion to reduce and or reconsider consecutive sentencing on behalf of defendant, Aaron Leon Mitchell, filed December 15, 2008. The Government filed a response on December 29, 2008 and defendant filed a reply on January 15, 2009.

Upon consideration, **IT IS ORDERED**, that in accordance with Rule 35, Fed.R.Crim.P., the Court does not have jurisdiction to change defendant's sentence therefore, defendant's motion is **DENIED.**

**SO ORDERED.**

S/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: January 21, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 21, 2009.

S/Denise Goodine  
Case Manager